IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCGEEVER,<br><br>　　　　Defendant. | 2:23-CV-01459-CCW |

## **MEMORANDUM ORDER**

　　This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

　　On May 23, 2024, the Magistrate Judge issued a Report, ECF No. 20, recommending that Defendant Michael McGeever's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 16, be denied.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

　　After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Motion to Dismiss, ECF No. 16, is **DENIED** and the Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted as the Opinion of the District Court.

　　IT IS FURTHER ORDERED that Defendant shall file an answer to the Amended Complaint on or before July 8, 2024.

IT IS SO ORDERED.

DATED this 24th day of June, 2024.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record