**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

COURTHOUSE NEWS SERVICE,    )
    )
        Plaintiff,    )    Civil Action No.:  2:23-cv-1459
    v.    )
    )    Judge Christy Criswell Weigand
MICHAEL MCGEEVER, in his official    )    Magistrate Judge Kezia O.L. Taylor
capacity as Clerk of the Allegheny County    )
Court of Common Pleas,    )
    )
        Defendant.    )

**MOTION TO CONTINUE STATUS CONFERENCE**

AND NOW, comes Plaintiff, Courthouse News Service, by and through its undersigned counsel and files the within Motion to Continue Status Conference.

1.    A status/settlement conference was set before the Court for April 10, 2025.

2.    The Court having been advised that the Parties settled and were in the process of finalizing the Settlement Agreement, the status conference was reset for May 14, 2025.

3.    The Parties are continuing to finalize a written Settlement Agreement and as such request that the status conference set for May 14, 2025 be reset within the next twenty (20) days to allow the Parties to finalize the settlement documents and discontinue the action.

WHEREFORE, Plaintiff respectfully requests that the Court reset the May 14, 2025 status conference within the next twenty (20) days.

Dated:  May 14, 2025    Respectfully submitted,

    METZ LEWIS BRODMAN MUST O'KEEFE LLC

    By: _/s/Brian T. Must_
        Brian T. Must, Esquire
        PA I.D. No.: 49657
        444 Liberty Avenue, Suite 2100
        Pittsburg, PA 15222
        Telephone: (412) 918-1100
        Fax: (412)918-1199
        Email: bmust@metzlewis.com

John C. Greiner, Esquire
OH I.D. No.:  0005551
201 E. Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Email:  jgreiner@ficlaw.com

Attorneys for Plaintiff:
*Courthouse News Service*