IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | |
| Plaintiff, | 2:23-cv-1459 |
| v. | |
| MICHAEL MCGEEVER, in his official capacity as Clerk of the Allegheny County Court of Common Pleas, | |
| Defendant. | |

## JOINT STIPULATION TO SUBSTITUTE DEFENDANT

On behalf of the Plaintiff, Courthouse News Service, and Defendant, Michael McGeever, in his official capacity as Clerk of the Allegheny County Court of Common Pleas, and in light of a pending settlement of this action, the Parties hereby stipulate and agree to substitution of Allegheny County as the sole named Defendant in this case, and to the dismissal of all claims against Michael McGeever, in his official capacity, with prejudice.

Kindly dismiss all claims against Michael McGeever and add Allegheny County to the caption in this case as the sole named Defendant. Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian Must* | */s/ Jake Lifson* |
| Brian Must, Esq. | Jake Lifson, Esq. |
| Pa. I.D. #49657 | Assistant County Solicitor |
| Metz Lewis Broadman Must O'Keefe | Pa. I.D. #201384 |
| 444 Liberty Avenue, Suite 2100 | Allegheny County Law Department |
| Pittsburgh, PA 15222 | 445 Fort Pitt Blvd., Suite 300 |
| (412) 918-1124 | Pittsburgh, PA 15219 |
| bmust@metzlewis.com | (412) 350-4551 |
| *Counsel for Plaintiff* | jake.lifson@alleghenycounty.us |
| | *Counsel for Defendants* |