**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  2:23-cv-1459 |
| v. | ) | |
| | ) | |
| MICHAEL MCGEEVER, in his official | ) | |
| capacity as Clerk of the Allegheny County | ) | |
| Court of Common Pleas, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties have finalized and fully executed a settlement agreement but have not agreed to language for the stipulation of dismissal.  The parties continue to discuss the language but have not agreed.  The parties request a status conference to discuss with the Court.

Dated:  August 22, 2025


 /s/Brian T. Must                            
Brian T. Must, Esquire
PA I.D. No.: 49657
METZ LEWIS BRODMAN MUST O'KEEFE LLC
444 Liberty Avenue, Suite 2100
Pittsburg, PA 15222
Telephone: (412) 918-1124
Fax: (412)918-1199
Email: bmust@metzlewis.com


Attorneys for Plaintiff:
*Courthouse News Service*

 /s/Jake Lifson                            
Jake Lifson, Esquire
Assistant County Solicitor
PA I.D. No.: 201384
Allegheny County Law Department
445 Fort Pitt Blvd, Suite 300
Pittsburgh, PA  15219
Telephone:  (412) 350-4551
jake.lifson@alleghenycounty.us


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/Brian T. Must*

Brian T. Must, Esquire
PA I.D. No.: 49657