**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

COURTHOUSE NEWS SERVICE,

Plaintiff,

v.

ALLEGHENY COUNTY,

Defendant.

2:23-cv-1459

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

On behalf of the Plaintiff, Courthouse News Service, and Defendant, Allegheny County, the Parties hereby stipulate and agree to the dismissal of the above-captioned matter in its entirety.

Kindly dismiss this case with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A)(ii). Each party will bear its own costs.

Respectfully submitted,

*/s/ Brian Must*
Brian Must, Esq.
Pa. I.D. #49657
Metz Lewis Broadman Must O'Keefe
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
(412) 918-1124
bmust@metzlewis.com
*Counsel for Plaintiff*

*/s/ Jake Lifson*
Jake Lifson, Esq.
Assistant County Solicitor
Pa. I.D. #201384
Allegheny County Law Department
445 Fort Pitt Blvd., Suite 300
Pittsburgh, PA 15219
(412) 350-4551
jake.lifson@alleghenycounty.us
*Counsel for Defendant*